FILED
BILLINGS DIV.

2007 NOV 13  AM 11 05

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Cause No.   CR 07-104-BLG-JDS-01 |
| Plaintiff, | ) | |
| vs. | ) | |
| **SANTIAGO VALDEZ,** | ) | O R D E R |
| Defendant. | ) | * * * * * |

**IT IS ORDERED:**

1. Lisa Bazant's motion to withdraw as counsel [Docket No. 20] is granted and she is withdrawn as court-appointed counsel for defendant effective this date.

2. Defendant's pro se motion for appointment of counsel [Docket No. 23] is granted, and John Heenan is appointed to represent defendant in all further proceedings.

3. Defendant's remaining pro se motions [Dockets No. 22, 24, and 29] are denied.

4. Counsel Heenan shall consult with defendant to determine whether or not defendant will proceed with court-appointed counsel, or intends to seek approval to represent himself with the assistance of stand-by counsel. Counsel Heenan shall then notify the Court in writing

of defendant's intent. Should defendant intend to seek approval to represent himself with the assistance of stand-by counsel, a hearing will be scheduled on that issue.

5.  A hard copy of this order shall be served upon defendant at his last known address of Big Horn County Jail, Basin, Wyoming 82410.

The Clerk of Court shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 13th day of November, 2007.

_Jack D. Shanstrom_
Senior United States District Judge